IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00722-MSK-MJW

ALLEN GRIDER, GLENN BELCHER, and VALERIE PILTZ, on behalf all others so similarly situated,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, DOUG KELLEY, as an individual and in his official capacity, and CITY OF AURORA,

    Defendants.

## NOTICE OF DISCLOSURE

**Michael J. Watanabe**
**United States Magistrate Judge**

    Mark Moore may be a witness in this case. Mr. Moore's wife, Shelly Moore, worked as my courtroom deputy in the United States District Court for the District of Colorado from January 1999 to June 2008. Ms. Moore was promoted and she now works in the Clerk's Office for the United States District Court for the District of Colorado.

    Based upon this disclosure, the parties shall have up to and including **May 15, 2010,** to file any motion pursuant to 28 U.S.C. §455.

    Dated this 22nd day of April 2010 in Denver, Colorado.

                              BY THE COURT

                              S/ Michael J. Watanabe
                              Michael J. Watanabe
                              U.S. Magistrate Judge