IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO, and
JUVENCIO SAMANIEGO DAMIAN,

Plaintiff(s),

v.

JOHN PEROULIS & SONS SHEEP, INC.,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the United States' Unopposed Motion to Intervene and to Stay Civil Proceedings (docket no. 38) is GRANTED pursuant to Fed. R. Civ. P. 24(b)(2) and pursuant to 18 U.S.C. § 1595(b) of the Trafficking Victims Protection Preauthorization Act. The United States of America is permitted to intervene in this case.

It is FURTHER ORDERED that Discovery is STAYED until further Order of the Court.

It is FURTHER ORDERED that this court's Order dated September 30, 2010 (docket no. 37) is VACATED. The Settlement Conference set before Magistrate Judge Watanabe on December 9, 2010, at 1;30 p.m. is also VACATED.

It is FURTHER ORDERED that the parties shall file a monthly joint written status report with this court on the first day of each month beginning December 1, 2010, on the status of the underlying criminal case.

Date: October 12, 2010