**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO, and
JUVENCIO SAMANIEGO DAMIAN,

    Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

    Defendants.

---

**AMENDED UNOPPOSED MOTION TO CONSOLIDATE**

---

Pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42, Plaintiffs and Defendants John Peroulis & Sons Sheep, Inc., Louis and Stanley Peroulis respectfully submit this Amended Unopposed Motion to Consolidate for the following reasons:

1. Pursuant to D.C.COLO.LCivR 7.1, on July 19, 2011, Plaintiffs' counsel has consulted with *pro se* Defendant Crisologo Damian who states that he is not opposed to this Motion.

2. Pursuant to D.C.COLO.LCivR 7.1, on August 4, 2011, Plaintiffs' counsel has consulted with the Intervenor United States, who states that it is not opposed to this Motion.

3. The parties have filed this Motion to preserve the limited resources of the parties and the Court.

4. The instant action was filed on April 6, 2010.

5. A second case, *Samaniego Fernandez v. John Peroulis and Sons et al.*, 11-cv-01132-REB-CBS, was filed on April 20, 2011.

6. Pursuant to D.C.COLO.LCivR 7.5, Plaintiff Samaniego Fernandez filed a Notice of Related Cases stating that the two cases were related.

7. Both cases arise from factually similar circumstances.

8. All Plaintiffs were employed as sheepherders by Defendant John Peroulis & Sons Sheep, Inc. during 2009, where Defendants Stanley and Louis Peroulis are responsible for the day-to-day ranching operations and supervision of workers.

9. All Plaintiffs have alleged that their rights were violated under the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1589 *et seq.*, and have common law claims under Colorado law for outrageous conduct, false imprisonment and breach of contract.

10. Since both cases have common questions of law and fact, they will require the examination of some of the same witnesses, documents and other evidence.

11. Given the overlapping nature of these cases, consolidation will avoid wasteful duplication and reduce the costs to the litigants.

12. Further, the interests of judicial economy will be not served by having multiple courts examine identical operative facts, witnesses and claims. Consolidation will remove the risk of inconsistent determinations.

13. An Amended Notice of Joint Motion to Consolidate and a copy of this Amended Motion has been filed in the 11-cv-01132-REB-CBS, contemporaneously with this Amended Motion.

For the reasons set forth above, the parties have good cause to request the consolidation of cases.

Dated: August 4, 2011

Respectfully Submitted,

| | |
|---|---|
| s/Jennifer J. Lee | s/Lindsey Warren Jay |
| Jennifer J. Lee | Lindsey Warren Jay |
| Jenifer Rodriguez | Peter H. Doherty |
| Linda Ann Surbaugh | **Overturf, McGath, Hull & Doherty** |
| **Colorado Legal Services** | 625 East 16th Ave. |
| **Migrant Farm Worker Division** | Denver, CO 80203 |
| 1905 Sherman Street, Suite 400 | Tel. (303) 860-2848 |
| Denver, CO 80203 | Fax (303) 860-2869 |
| Tel. (303) 866-9366 | lwj@omhdlaw.com |
| Fax (303) 830-7860 | phd@omhdlaw.com |
| jlee@colegalserv.org | Attorney for Defendants John Peroulis & Sons |
| jrodriguez@colegalserv.org | Sheep, Inc., Louis and Stanely Peroulis |
| co2linda@aol.com | |
| Attorneys for Plaintiffs | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August 2011, I electronically filed the foregoing Joint Motion to Consolidate using the EM/ECF system which will send notification of such filing to the following e-mail addresses:

    Peter H. Doherty, phd@omhdlaw.com, las@omhdlaw.com

    Lindsey Warren Jay, lwj@omhdlaw.com, tlz@omhdlaw.com

    William George Pharo, william.pharo@usdoj.gov, USACO.ECFCivil@usdoj.gov

and I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

    Crisologo Damian
    2356 2000 W.
    Farr West, UT 84404

                        s/Jenifer Rodriguez
                        Jenifer Rodriguez
                        Attorney for Plaintiff
                        **Migrant Farm Worker Division**
                        **Colorado Legal Services**
                        1905 Sherman Street, Suite 400
                        Denver, CO  80203
                        Telephone: (303) 866-9366
                        FAX: (303) 830-7860
                        E-mail: jlee@colegalserv.org