IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO,   and
JUVENCIO SAMANIEGO DAMIAN,

Plaintiff(s),

v.

JOHN PEROULIS & SONS SHEEP, INC.,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Peroulis Defendants' Motion to Lift Stay (docket no. 56) is GRANTED for the following reasons.  The Intervenor United States does not object to the such motion.  See docket no. 60.  The Plaintiffs have failed to timely response to the subject motion and I find that the motion is confessed.  The Stay on Discovery is lifted.

It is FURTHER ORDERED that this case is set for Scheduling Conference on December 16, 2011, at 9:00 a.m.   The parties shall file their proposed Amended Scheduling Order with the court five (5) days prior to the Scheduling Conference.

Date:  November 9, 2011