IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO; and
JUVENCIO SAMANIEGO DAMIAN,

        Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC.,
LOUIS PEROULIS;
STANLEY PEROULIS; and
CRISOLOGO DAMIAN,

        Defendants.

consolidated with

Civil Action No. 11-cv-01132-REB-CBS

JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO,

        Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC.,
LOUIS PEROULIS; and
STANLEY PEROULIS,

        Defendants.

_____

ORDER GRANTING MOTION TO CONSOLIDATE
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to

Consolidate **(# 51)**, and Amended Motion to Consolidate **(# 53)**, filed in Civil Action 10-cv-

00772. That motion seeks to consolidate Civil Action 11-cv-1132, pending before Judge

Blackburn, with the lower-numbered case pending before the undersigned. It appearing to the Court that consolidation is appropriate, and with the consent of Judge Blackburn, the motions are **GRANTED**. The Clerk of the Court shall reassign Civil Action 11-cv-1132 to the undersigned and consolidate it with Civil Action 10-cv-772.

The Court further orders that the Defendants' Motion to Dismiss **(# 18)** in Civil Action 11-cv-1132 is **DENIED AS MOOT**, insofar as the Plaintiffs have filed an Amended Complaint and the Defendants have moved **(# 49)** against that Amended Complaint. The Court is mindful that the more recent motion to dismiss incorporates arguments set forth in the earlier motion, and the denial of the earlier motion does not operate as an adjudication of those arguments incorporated by reference in the more recent motion.

Dated this 28th day of February, 2012

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge