FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 2 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00772-MSK-MJW
(Consolidated with Civil Action No. 11-cv-01132-REB-CBS)

ROEL ESPEJO CAMAYO,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO

    Plaintiffs,

vs.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

    Defendants.

---

## CRISOLOGO DAMIAN'S ANSWER

---

1. Defendant admit the allegation contained paragraphs 1, 7, 24, 27, 37, and 31 of plaintiffs complaint.

2. Defendant deny the allegation contained paragraphs 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 of plaintiffs complaint.

3. Defendant are without sufficient information and knowledge of the allegations contained in paragraphs 19, 20, 21, 22, 23, 25, 26, 28, 29, 30, 31 of plaintiffs complaint and, as a result, deny same.

4. Defendant deny the allegation contained paragraphs 32, 33, 34, 35, 36, 38 and 39 of plaintiffs complaint.

5. Defendant doesn't know the allegation contained paragraphs 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60 and 61 because I don't know how peroulis control his ranch.

6. Defendant deny the allegation contained paragraphs 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118 and 119 of plaintiffs complaint.

7. Defendant deny because I don't know nothing about the allegation contained paragraphs 120, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154 ,155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172 of plaintiffs complaint.

8. Defendant deny the allegation contained paragraph 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, and 186 of plaintiffs complaint.

_____
Crisologo Damian