IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO,

      Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CHRISOLOGO DAMIAN,

      Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER (Docket no. 115)

---

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Modify Scheduling Order. The Court, being apprised of the terms of the Motion, hereby

ORDERS that the Motion be GRANTED. The discovery cut-off shall be extended by 60 days to October 30, 2012, and the dispositive motions deadline shall be extended by 60 days to November 27, 2012.

DATED: June 28th, 2012

                      BY THE COURT:

                      _____
                      MICHAEL J. WATANABE
                      U.S. MAGISTRATE JUDGE
                      DISTRICT OF COLORADO