IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  10-cv-00772-MSK-MJW**
              **(As consolidated with 11-cv-01132-REB-MJW)**

ROEL ESPEJO CAMAYO; and,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO,

Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC.;
LOUIS PEROULIS;
STANLEY PEROULIS; and
CRISOLOGO DAMIAN,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to Amended Complaint(s) to Include Claims for Exemplary Damages (docket no. 109) is **GRANTED** for the reasons stated in the subject motion (docket no. 109) and I find further that Plaintiffs' have demonstrated enough evidence where a jury could find that Defendants' conduct was attended by willful and wanton conduct for a triable issue of exemplary damages. Accordingly, Plaintiffs should be permitted to Amend their Complaint.  See Peiker Acustic, Inc. v. Kennedy, 2011 WL 2550478, *1 (D. June 27, 2011) and Stamp v. Vail Corp., 172 P.3d 437, 449 (Colo. 2007).

Plaintiff shall file with this court **on or before July 20, 2012**, an Amended Third Complaint which includes all claims from all Plaintiffs consistent with this minute order noting that Case No. 11-CV-01132-MSK-MJW has been consolidated into Case No. 10-CV-00772-MSK-MJW for all purposes.  See Judge Krieger's Order Granting Motion to Consolidate [docket no. 54] in Case No. 10-CV-00772-MSK-MJW dated February 28, 2012.  There will be only one operative pleading which will be the Amended Third Complaint and not two complaints as tendered by Plaintiff in docket nos. 109-1 and 109-2.

Date: July 10, 2012
_____