IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00772-MSK-MJW

ROEL ESPEJO CAMAYO,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO

   Plaintiffs,
v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS,
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

   Defendants.

---

**RESPONSE TO PEROULIS DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

---

   Plaintiffs, through their counsel, file a response to Peroulis Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 133) as follows:

   1. Peroulis Defendants filed their Motion in response to Plaintiffs' Third Amended Complaint (Doc. 126).

   2. Pursuant to the court's order dated July 11, 2012, Plaintiffs' Third Amended Complaint reflects amendments for exemplary damages and the consolidation of two complaints that originated from two separate cases: (1) Plaintiffs Roel Espejo Camayo's and Juvencio Samaniego Damian's First Amended Complaint in *Espejo Camayo v. John Peroulis & Sons Sheep, Inc.* No. 10-cv-00772 (D. Colo. Apr. 6, 2010) ("Case A") filed on June 28, 2010 (Case A

– Doc. 20); and (2) Plaintiff Jhosemar Samaniego Fernandez's and Silvio Inga Bruno's Second Amended Complaint in *Samaniego Fernandez v. John Peroulis & Sons Sheep, Inc.* No. 11-cv-01132 (D. Colo. April 28, 2011) ("Case B") filed on December 20, 2011 (Case B - Doc. 46). Both cases were consolidated on February 28, 2012 (Case A - Doc. 75).

3. In their Motion, Peroulis Defendants renew their original Motions to Dismiss that they filed against Plaintiff Jhosemar Samaniego Fernandez (Case B – Doc. 18) and Plaintiff Silvio Inga Bruno (Case B – Doc. 49). Peroulis Defendants are not raising any new arguments.

4. Plaintiffs, therefore, similarly renew their responses originally filed by Plaintiff Jhosemar Samaniego (Case B – Doc. 26) and by Plaintiff Silvio Inga Bruno (Case B – Doc. 51). Plaintiffs' responses have already been attached as Exhibits B and E to Peroulis Defendants' Motion (Doc. 133).

For the reasons set forth in their original briefing, Plaintiffs respectfully request that this Court to deny Peroulis Defendants' Partial Motion to Dismiss.

Dated this 23rd day of August 2012.

                                          s/Jennifer J. Lee_____
                                          Jennifer J. Lee
                                          Jenifer Rodriguez
                                          Linda Surbaugh
                                          **Colorado Legal Services**
                                          **Migrant Farm Worker Division**
                                          1905 Sherman Street, Suite 400
                                          Denver, CO  80203
                                          Telephone: (303) 866-9366
                                          FAX: (303) 830-7860
                                          E-mail:  jlee@colegalserv.org
                                                         jrodriguez@colegalserv.org
                                                         co2linda@aol.com

Lauren E. Schmidt
John V. McDermott
Lawrence W. Treece
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Phone: 303.223.1100
FAX: 303.223.0376
E-mail:   lschmidt@bhfs.com
          jmcdermott@bhfs.com
          ltreece@bhfs.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2012, I electronically filed the foregoing Plaintiffs' Response to Peroulis Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Complaint using the EM/ECF system which will send notification of such filing to the following e-mail addresses:

Peter H. Doherty, phd@omhdlaw.com, las@omhdlaw.com

Lindsey Warren Jay, lwj@omhdlaw.com, tlz@omhdlaw.com

Doddridge C. Shelby, dcshelby@msn.com.

s/Jennifer J. Lee
Jennifer J. Lee
Attorney for Plaintiff
**Migrant Farm Worker Division**
**Colorado Legal Services**
1905 Sherman Street, Suite 400
Denver, CO  80203
Telephone: (303) 866-9366
FAX: (303) 830-7860
E-mail: jlee@colegalserv.org