IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  10-cv-00772-MSK-MJW**
             **(As consolidated with 11-cv-01132-REB-MJW)**

ROEL ESPEJO CAMAYO; and,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO,

Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC.;
LOUIS PEROULIS;
STANLEY PEROULIS; and
CRISOLOGO DAMIAN,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that Peroulis Defendants' Motion for Clarification (docket no. 130) is DENIED for all of those reasons as stated within Plaintiffs' Response(docket no. 136) which that this court incorporates by reference.  Moreover, I find that both my May 10, 2012 Order denying Plaintiffs' Motion for Protective Order and compelling a response to interrogatory No. 11 (docket no. 103) and my July 5, 2012 Order clarifying that Plaintiffs had adequately responded to interrogatory No. 11 (docket no. 123) do not need clarification.  Lastly, I find that there is no current discovery dispute ripe for review.

Date: August 27, 2012