IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  10-cv-00772-MSK-MJW**
**(As consolidated with 11-cv-01132-REB-MJW)**

ROEL ESPEJO CAMAYO; and,
JUVENCIO SAMANIEGO DAMIAN,
JHOSEMAR SAMANIEGO FERNANDEZ, and
SILVIO INGA BRUNO,

Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC.;
LOUIS PEROULIS;
STANLEY PEROULIS; and
CRISOLOGO DAMIAN,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 156) is GRANTED finding good cause shown.  The written Protective Order (docket no. 156-1) is APPROVED and made an Order of Court.

Date: January 3, 2013