**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Robert R. Keech                   Date:  March 4, 2013
Court Reporter:        Tammy Hoffschildt

**Civil Action No.  10-cv-00772-MSK-MJW**

*Parties*:                                                                 *Counsel Appearing:*

ROEL ESPEJO CAMAYO and                       Jennifer Jung-Wuk Lee
JUVENCIO SAMANIEGO DAMIAN,               Jenifer C. Rodriguez
                                                                          Lauren Schmidt

              Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC., et al.,     Peter H. Doherty
                                                                          Lindsey W. Jay
              Defendants.                                        Doddridge C. Shelby

---

**COURTROOM MINUTES**

---

**HEARING:  LAW AND MOTION HEARING**

**4:16 p.m.          Court in session.**

Appearances of counsel.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**      Parties' Joint Motion Under Federal Rule of Evidence 702 (ECF Doc. No. 152),
                    filed November 27, 2012, is **DENIED.**

**ORDER:**      Parties' Second Joint Motion Under Federal Rule of Evidence 702 (ECF Doc. No.
                    161), filed December 28, 2012, is **DENIED.**

**ORDER:**      Any supplemental motions pursuant to Federal Rule of Evidence 702 shall be
                    filed not later than **Friday, March 29, 2013.**

**4:47 p.m.          Court in recess.**

**Total Time:    31 minutes.**
**Hearing concluded.**