**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: September 4, 2013
Court Reporter:     Terri Lindblom

Civil Action No. 10-cv-00772-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| ROEL ESPEJO CAMAYO, | Jenifer C. Rodriguez |
| JUVENCIO SAMANIEGO DAMIAN, | Lauren Schmidt |
| JHOSEMAR SAMANIEGO FERNANDEZ, and | Lawrence Treece |
| SILVIO INGA BRUNO, | Patricia Medige |
| Plaintiff, | |
| v. | |
| JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado; | Lindsey W. Jay |
| LOUIS PEROULIS; | Peter Doherty |
| STANLEY PEROULIS; and | |
| CRISOLOGO DAMIAN, | |
| | Doddridge C. Shelby |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Day Three - Rule 702- Evidentiary

**10:08 a.m.   Court in session.**

Preliminary matters addressed by the Court.

Plaintiffs identify the opinion proffered by Alison Krogel and defendants state their objections.

**Witness sworn for the Plaintiffs : Alison Krogel :
10:09 a.m.**   Direct Examination by Ms. Schmidt.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Cross examination of witness by Ms. Doherty.

Redirect examination of witness by Ms. Schmidt.

Argument.

Oral findings are made of record and incorporated herein.

**ORDER:** The Court's ruling regarding the proffered opinion of this witness is as set forth in the record.

The Court addresses Plaintiffs' Motion for Trial Testimony by Videoconferencing (**Doc. #143**)

Statements from counsel.

**ORDER:** Motion for Trial Testimony by Videoconferencing (**Doc. #143**) is **DENIED** with leave to renew upon an adequate showing of the practicalities addressed by the Court on the record. The parties will report to chambers following this hearing to set a Final Pretrial Conference. The trial will be set at the Final Pretrial Conference.

**11:27 a.m.     Court in recess**

**Total Time:    1 hour 19 minutes.**
**Hearing concluded**