**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Emily Seamon                          Date: October 29, 2013
Court Reporter:       Terri Lindblom

Civil Action No. 10-cv-00772-MSK-MJW

*Parties*:                                                              *Counsel Appearing:*

ROEL ESPEJO CAMAYO,                                      Michael Hoke
JUVENCIO SAMANIEGO DAMIAN,                       Jenifer Rodriguez
JHOSEMAR SAMANIEGO FERNANDEZ, and       Lauren Schmidt
SILVIO INGA BRUNO,

              Plaintiffs,

v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign        Peter Doherty
corporation of Colorado,                                               Lindsey Jay
LOUIS PEROULIS,                                                         Doddridge Shelby
STANLEY PEROULIS, and
CRISOLOGO DAMIAN,

              Defendants.

---

## COURTROOM MINUTES

---

HEARING:    Final Pretrial Conference.

**3:07 p.m.        Court in session.**

Discussion regarding the parties' settlement.

**ORDER**:      All claims having been resolved, this matter is settled and the case shall be closed.

**3:10 p.m.        Court in recess.**
**Total Time:   3 minutes.**
**Hearing concluded.**